UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERNON LAWSON, et al.,

    Plaintiffs,

v.                                                Case No. 12-14326

BANK OF AMERICA, NA,

    Defendant.
                                                      /

**ORDER STAYING THE ACTION AND ADMINISTRATIVELY CLOSING THE CASE**

        During a November 27, 2012, telephone conference the parties agreed to stay the action while they discuss a settlement.  Accordingly,

        IT IS ORDERED that this action is STAYED.  The case is ADMINISTRATIVELY CLOSED subject to the right of any party to (1) submit a stipulated form of final order or judgment or (2) re-open the case and resume the action.  If the parties take no action within ninety days, a telephone conference will occur on **February 28, 2013**, **at 10:00am.**

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated:  November 30, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 30, 2012, by electronic and/or ordinary mail.

                                                    s/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522